

# Fourth Court of Appeals
## San Antonio, Texas

May 16, 2013

No. 04-12-00451-CR and 04-12-00452-CR

Hector Augusto **GRAMAJO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 175th Judicial District Court, Bexar County, Texas
Trial Court No. 2009CR9358 and 2009CR9359
Honorable Mary D. Roman, Judge Presiding

# ORDER

Sitting:    Karen Angelini, Justice
Sandee Bryan Marion, Justice
Marialyn Barnard, Justice

Appellant's brief was originally due on January 31, 2013. No motion for extension of time has been filed. No brief has been filed.

On March 20, 2013, we abated these appeals to the trial court to hold a hearing to determine whether appellant desired to prosecute these appeals, whether appellant was indigent, and whether counsel had abandoned these appeals. *See* TEX. R. APP. P. 38.8(b)(2). On April 19, 2013, a supplemental reporter's record and a supplemental clerk's record containing the trial court's findings of facts and conclusions of law were filed. In its findings of fact and conclusions of law, the trial court found that appellant desired to pursue these appeals, appellant was still indigent, and appellant's counsel had not abandoned these appeals. The supplemental reporter's record shows that appellant's court-appointed counsel, JUDITH WEMMERT, represented to the trial court that appellant's brief would be filed by May 1, 2013. On April 23, 2013, we ordered appellant's brief filed by May 1, 2013. Despite our April 23, 2013 order, JUDITH WEMMERT still has not filed appellant's brief.

We, therefore, ORDER JUDITH WEMMERT to file appellant's brief within twenty days of being served a copy of this order. NO EXTENSIONS WILL BE GRANTED. JUDITH WEMMERT must personally deliver appellant's brief in Appeal Nos. 04-12-00451-CR and 04-12-00452-CR to the Clerk of this Court for filing within twenty days of being served a copy of this order. That is, in filing appellant's brief, JUDITH WEMMERT cannot rely on Texas Rule of Appellate Procedure 9.2(b) ("the mailbox rule"); Rule 9.2(b) is suspended for purposes of JUDITH WEMMERT filing appellant's brief. If JUDITH WEMMERT fails to file appellant's brief in Appeal Nos. 04-12-00451-CR and 04-12-00452-CR as ordered, JUDITH WEMMERT will be ordered to appear and show cause why she should not be held in civil or criminal contempt or otherwise sanctioned. *See* TEX. R. APP. P. 38.8(b)(4).

We further ORDER the Clerk of this Court to have JUDITH WEMMERT personally served with a copy of this order. We also ORDER the person who personally serves JUDITH WEMMERT to file with this Court written proof of the date and time that JUDITH WEMMERT was served with a copy of this order.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of May, 2013.

_____
Keith E. Hottle
Clerk of Court